BEFORE THE SECOND DIVISION, OCTOBER 24, 1962

No. 67141.—Rice Barton Corporation *v.* United States, protests 60/2434 and 60/2435 (Boston).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of articles similar in all material respects to those the subject of Abstract 66225, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, OCTOBER 24, 1962

No. 67142.—Gump's, Inc., et al. *v.* United States, protests 59/14675, etc. (San Francisco).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of stone lanterns similar in all material respects to those the subject of *Otagiri Mercantile Co., Inc., et al.* v. *United States* (44 Cust. Ct. 184, C.D. 2173), the claim of the plaintiffs was sustained.